IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

PETER A. OLIVER,

    Petitioner,

v.

DEBORAH MCCULLOCH, Director,
Sand Ridge Secure Treatment Center,

    Respondent.

JUDGMENT IN A CIVIL CASE

Case No. 10-cv-531-wmc

---

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that the petition of Peter A. Oliver for a writ of habeas corpus is dismissed with prejudice.


_Peter Oppeneer_         2/15/11
Peter Oppeneer, Clerk of Court      Date